# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135620

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                      SC: 135620
                                      COA: 281639
                                      Wayne CC: 06-007640-01;
                                      06-011446-01; 06-0011448-01

ANTHONY DARRYL JAMES,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 21, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008 _____       _____
                                                            Clerk

p0317